# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2090
Lower Tribunal No. 21-28987CC
_____


**Barbara Palomo,**
Appellant,

vs.

**Tower Road Gardens, Ltd.,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Barbara Palomo, in proper person.

Edelboim Lieberman Revah, PLLC, and Philippe Revah, for appellee.


Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Stanley v. Quest Int'l Inv. Inc.</u>, 50 So. 3d 672, 674 (Fla. 4th DCA 2010) ("The tenant is required to deposit the disputed rent into the court registry to assert any defense other than payment.").